**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER USASILP,<br><br>                              Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                              Defendant. | Case No. 25-cv-02993-BAS-MMP<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (ECF No. 8)** |

Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (ECF No. 8.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here,

- 1 -

litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.

Having considered the parties' submission, the Court **GRANTS** the Joint Motion. (ECF No. 8.)  Thus, the Court **DISMISSES WITH PREJUDICE** Plaintiff's individual claims against Defendants.  Each party shall bear its own costs and attorney's fees.  The Court also **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: March 12, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

25cv2993